*J.* and *J. H. Bradley*, for the appellee.

---

THE STATE, on the Relation of VANCE, County Treasurer, &c., *v.* LAHUE and Others.—In error.

Friday,
January 2,
1846.

IN a suit by the state, on the relation of a county treasurer, on a collector's bond, the relator is not liable for costs. R. S. 1843, p. 696.—*Jones et al.* v. *The State*, 5 Blackf. 141.